IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NATIONWIDE MUTUAL FIRE : 
INSURANCE COMPANY : CIVIL ACTION
:
v. : NO. 09-0303
:
NOVA REAL ESTATE LLC, :
LAWRENCE EBUROUH, :
FELIX EBUROUH, KOFI NKANSA :
MCHAYA, LLC, TONIA KAY, and :
KATHLEEN RANALLI :

**SURRICK, J.**                                                                                     MARCH 1, 2011

**O R D E R**

**AND NOW**, this 1st day of March, 2011, upon consideration of Plaintiff Nationwide's Motion for Summary Judgment (ECF Nos. 20, 21) and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Plaintiff's Motion for Summary Judgment is **GRANTED**.

2. Plaintiff is not obligated to provide indemnity or pay any sums for the claims in the Kay Lawsuit.

3. The Counterclaim for bad faith pursuant to 42 Pa. Cons. Stat. § 8371 is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

                                                                 **BY THE COURT:**

                                                                 _____
                                                                 **R. BARCLAY SURRICK, J.**